IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 94-00156-01-CR-W-HFS |
| | ) | |
| KEVIN L. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The report and recommendation concerning detention of defendant has been received and reviewed and taken up with counsel for the parties at a scheduled revocation proceeding. Without objection the report and recommendation is hereby adopted. Defendant shall remain in custody until further order of the court.

     /s/ Howard F. Sachs
     HOWARD F. SACHS
     UNITED STATES DISTRICT JUDGE

March 13, 2008

Kansas City, Missouri